```
JENNIFER LOUISE CADE              FAMILY PRACTICE                   MENDELSON LAW FIRM
18 PD FREEMAN RD                  P.O. BOX 14099                    PO BOX 17235
HATTIESBURG, MS 39401             BELFAST, ME 04915                 MEMPHIS, TN 38187



THOMAS C. ROLLINS, JR.            FORREST GENERAL                   MERIT HEALTH CENTRAL
THE ROLLINS LAW FIRM, PLLC        PO BOX 16389                      PO BOX 14099
P.O. BOX 13767                    HATTIESBURG, MS 39404             BELFAST, ME 04915
JACKSON, MS 39236



AAA AMBULANCE                     FORREST HEATLH PHYSICI            MERIT HEALTH WESLEY
P.O. BOX 17889                    P.O. BOX 3488                     5001 HARDY ST
HATTIESBURG, MS 39404             DEPT 05-112                       HATTIESBURG, MS 39402
                                  TUPELO, MS 38803-3488



ACCU REFERENCE MEDICAL            FROST-ARNETT CO                   MS DEPT OF REVENUE
1901 E LINDEN AVE                 P.O. BOX 1280                     BANKRUPTCY SECTION
STE 4                             OAKS, PA 19456                    PO BOX 22808
LINDEN, NJ 07036                                                    JACKSON, MS 39225-2808



ADVANCED RECOVERY SYST            HATTIESBURG CLINIC                PROFESSIONAL ACCOUNT S
P.O. BOX 321472                   415 SOUTH 28TH AVE                PO BOX 188
FLOWOOD, MS 39232                 HATTIESBURG, MS 39401             BRENTWOOD, TN 37024



AMEX                              INTERNAL REVENUE SERVI            PROFESSIONAL FINANCE C
BANKRUPTCY                        CENTRALIZED INSOLVENCY            5754 W 11TH ST
PO BOX 981535                     P.O. BOX 7346                     STE 100
EL PASO, TX 79998                 PHILADELPHIA, PA 19101-7346       GREELEY, CO 80634



ASSURITY LABS                     INTERNAL REVENUE SERVI            PROGRESSIVE GULF INS
6140 S FORD APACHE RD             C/O US ATTORNEY                   PO BOX 94739
#140                              501 EAST COURT ST                 CLEVELAND, OH 44101
LAS VEGAS, NV 89148               STE 4.430
                                  JACKSON, MS 39201



BALANCED HEALTHCARE RE            LAB CORP OF AMERICA               PRUITT HEALTH PHARMACY
164 BURKE ST                      P.O. BOX 2240                     1711 RIVER ST
STE 201                           BURLINGTON, NC 27216              VALDOSTA, GA 31601
NASHUA, NH 03060



COMPREHENSIVE RAD                 LIFEGUARD AMBULANCE               QUEST DIAGNOSTICS
P.O. BOX # 16929                  PO BOX 953638                     PO BOX 740781
HATTIESBURG, MS 39404             LAKE MARY, FL 32795               CINCINNATI, OH 45274
```

```
RADIOLOGYBILL
PO BOX 786
RICHMOND, IN 47375



REGIONS BANKCARD
ATTN: BANKRUPTCY
1900 5TH AVE N,
HOVER, AL 35203



RELIAS EMERGENCY MED
P.O. BOX 31037
CHARLOTTE, NC 28231



RENEWAL HEALTH GROUP
745 HWY 51 STE Z
MADISON, MS 39110



SOUTHERN FINANCIAL SYS
P.O. BOX 15203
HATTIESBURG, MS 39404



US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001


USM
118 COLLEGE DRIVE
HATTIESBURG, MS 39401
```