United States Bankruptcy Court
Southern District of Mississippi

In re: Jennifer Louise Cade, Debtor

Case No. 25-51538-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2
Date Rcvd: Oct 14, 2025 | Form ID: 309A | Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jennifer Louise Cade, 18 PD Freeman Rd, Hattiesburg, MS 39401-6512 |
| 5575601 | + | AAA Ambulance, P.O. Box 17889, Hattiesburg, MS 39404-7889 |
| 5575607 | + | Comprehensive Rad, P.O. Box # 16929, Hattiesburg, MS 39404-6929 |
| 5575608 | + | Family Practice, P.O. Box 14099, Belfast, ME 04915-4034 |
| 5575609 | + | Forrest General, PO Box 16389, Hattiesburg, MS 39404-6389 |
| 5575610 | | Forrest Heatlh Physici, P.O. Box 3488, Dept 05-112, Tupelo, MS 38803-3488 |
| 5575611 | + | Frost-Arnett Co, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5575616 | + | Lifeguard Ambulance, PO Box 953638, Lake Mary, FL 32795-3638 |
| 5575618 | + | Merit Health Central, PO Box 14099, Belfast, ME 04915-4034 |
| 5575619 | + | Merit Health Wesley, 5001 Hardy St, Hattiesburg, MS 39402-1308 |
| 5575624 | + | Pruitt Health Pharmacy, 1711 River St, Valdosta, GA 31601-5163 |
| 5575626 | + | Radiologybill, PO Box 786, Richmond, IN 47375-0786 |
| 5575628 | + | Relias Emergency Med, P.O. Box 31037, Charlotte, NC 28231-1037 |
| 5575629 | + | Renewal Health Group, 745 Hwy 51 Ste Z, Madison, MS 39110-8437 |
| 5575632 | | USM, 118 College Drive, Hattiesburg, MS 39401 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: trollins@therollinsfirm.com | Oct 14 2025 20:27:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: QDAHENDERSON.COM | Oct 15 2025 00:24:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Oct 14 2025 20:27:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5575602 | ^ | MEBN | Oct 14 2025 20:24:55 | Accu Reference Medical, 1901 E Linden Ave, STe 4, Linden, NJ 07036-9997 |
| 5575603 | + | Email/Text: sbridwell@arscollections.com | Oct 14 2025 20:28:00 | Advanced Recovery Syst, P.O. Box 321472, Flowood, MS 39232-1472 |
| 5575604 | + | Email/PDF: bncnotices@becket-lee.com | Oct 14 2025 20:33:08 | Amex, Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5575606 | + | Email/Text: CLIENTSERVICES@BHRLLC.COM | Oct 14 2025 20:27:00 | Balanced Healthcare Re, 164 Burke St, Ste 201, Nashua, NH 03060-4783 |
| 5575612 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Oct 14 2025 20:28:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5575614 | + | Email/Text: ebone.woods@usdoj.gov | Oct 14 2025 20:27:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 14, 2025 | Form ID: 309A | Total Noticed: 35 |

| Recip ID | | Delivery method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5575613 | | EDI: IRS.COM | Oct 15 2025 00:24:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5575615 | | Email/Text: govtaudits@labcorp.com | Oct 14 2025 20:27:00 | Lab Corp of America, P.O. Box 2240, Burlington, NC 27216 |
| 5575617 | | Email/Text: cdavenport@lawmemphis.com | Oct 14 2025 20:27:04 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 5575620 | | EDI: MSDOR | Oct 15 2025 00:24:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5575621 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 14 2025 20:27:00 | Professional Account S, PO Box 188, Brentwood, TN 37024-0188 |
| 5575622 | + | Email/Text: brprocessor@pfccollects.com | Oct 14 2025 20:28:00 | Professional Finance C, 5754 W 11th St, Ste 100, Greeley, CO 80634-4811 |
| 5575623 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 14 2025 20:27:00 | Progressive Gulf Ins, PO Box 94739, Cleveland, OH 44101-4739 |
| 5575625 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 14 2025 20:28:00 | Quest Diagnostics, PO Box 740781, Cincinnati, OH 45274-0781 |
| 5575627 | + | Email/Text: newbk@Regions.com | Oct 14 2025 20:27:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N,, Hover, AL 35203-2610 |
| 5575630 | + | Email/Text: angiec@mysfsinc.com | Oct 14 2025 20:27:00 | Southern Financial Sys, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5575631 | ^ | MEBN | Oct 14 2025 20:24:37 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5575605 | ##+ | Assurity Labs, 6140 S Ford Apache Rd, #140, Las Vegas, NV 89148-6737 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2025              Signature:         /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
United States Bankruptcy Court Southern District of Mississippi

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Jennifer Louise Cade** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1610 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number: **25–51538–KMS**                Date case filed for chapter **7**   **10/14/25**

---

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Jennifer Louise Cade | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 18 PD Freeman Rd <br> Hattiesburg, MS 39401 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas Carl Rollins Jr <br> The Rollins Law Firm, PLLC <br> PO BOX 13767 <br> Jackson, MS 39236 | Contact phone 601–500–5533 <br> Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Derek A Henderson T1 <br> 1765–A Lelia Drive <br> Suite 103 <br> Jackson, MS 39216 | Contact phone 601–948–3167 <br> Email trustee@derekhendersonlaw.com |

**For more information, see page 2 >**

Debtor **Jennifer Louise Cade**                                                                                   Case number **25–51538–KMS**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 228–563–1790**<br><br>**Date: 10/14/25** |
|---|---|---|---|
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 21, 2025 at 03:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Derek A Henderson T1 Zoom video meeting.**<br>**Go to zoom.us/join, enter Meeting ID 737 172 4879 and Passcode 9305294709 , OR call 769–219–3337.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/20/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**                         page **2**